# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**467**

**CAF 11-01882**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF CALEB G., ERIKA G.,
KRISTEN L. AND CARMEN T.

----------------------------------------      ORDER

STEUBEN COUNTY DEPARTMENT OF SOCIAL
SERVICES, PETITIONER-RESPONDENT;

DONIELE (G.)T., RESPONDENT-APPELLANT,
AND LARRY T., RESPONDENT.
(APPEAL NO. 1.)

---

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR RESPONDENT-APPELLANT.

ALAN P. REED, COUNTY ATTORNEY, BATH (RUTH A. CHAFFEE OF COUNSEL), FOR PETITIONER-RESPONDENT.

CAROLYN KELLOGG JONAS, ATTORNEY FOR THE CHILDREN, WELLSVILLE, FOR CALEB G., ERIKA G., KRISTEN L. AND CARMEN T.

---

Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered August 24, 2011 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that Caleb G., Erika G. and Kristen L. were neglected by respondents.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 26, 2013               Frances E. Cafarell
                                      Clerk of the Court